# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1377
Lower Tribunal No. F92-42554
_____

**Jimmie Earl Davis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Jimmie Earl Davis, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

GORDO, J.

Jimmie Earl Davis appeals from the trial court's denial of his motion to correct an illegal sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a).  We have jurisdiction.  Fla. R. App. P. 9.141(b)(2).  We affirm the order under review in all respects.  See Wainwright v. State, 411 So. 3d 392 (Fla. 2025), cert. denied sub nom. Wainwright v. Fla., 145 S. Ct. 2789 (2025); Spikes v. State, 414 So. 3d 440 (Fla. 3d DCA 2025), review dismissed, No. SC2025-1145, 2025 WL 2181482 (Fla. August 1, 2025); Arias v. State, 413 So. 3d 999 (Fla. 3d DCA 2025).

Affirmed.